UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE ELECTRIC & GAS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRSTENERGY CORPORATION,<br><br>    Defendant.<br><br>FIRSTENERGY CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>I.D. BOOTH, INC.; ITHACA CITY SCHOOL DISTRICT; CITY OF ITHACA, NEW YORK; and CITY OF ONEONTA, NEW YORK,<br><br>    Third-Party Defendants. | Civil Action No. 3:03-CV-0438 |

**NOTICE OF APPEARANCE OF ROBERT R. TYSON**

  PLEASE TAKE NOTICE that Robert R. Tyson, Esq. of Bond, Schoeneck & King, PLLC hereby appears as attorney for Third-Party Defendant Ithaca City School District in the above-entitled matter.

Dated: November 30, 2009

                  Respectfully submitted,

                  BOND, SCHOENECK & KING, PLLC

                  By: s/ Robert R. Tyson
                     Robert R. Tyson
                     Bar Roll No. 506039
                  One Lincoln Center
                  Syracuse, NY 13202
                  Telephone: (315) 218-8000
                  Fax: (315) 218-8100
                  E-mail:  tysonr@bsk.com

                  *Attorneys for Third-Party Defendant*
                  *Ithaca City School District*

**CERTIFICATE OF SERVICE**

      I certify that on the 30th day of November, 2009, a true and correct copy of the attached Notice of Appearance on behalf of Third-Party Defendant Ithaca City School District was served upon the following counsel via CM/ECF:

      COSTELLO, COONEY & FEARON, PLLC
      Paul G. Ferrara, Esq.
      205 South Salina Street
      Syracuse, New York 13202

      SAUL EWING LLP
      John F. Stoviak, Esq. of Counsel
      Christina M. Deeney, Esq. of Counsel
      1500 Mark Street, 38th Floor
      Centre Square West
      Philadelphia, Pennsylvania 19102

                      *s/Robert R. Tyson*
                      Robert R. Tyson