IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

NEW YORK STATE ELECTRIC & GAS
CORPORATION,

        Plaintiff,

                              Civ. Action No.
                              3:03-CV-0438 (DEP)

   v.

FIRSTENERGY CORPORATION,

        Defendant/Third-Party
        Plaintiff,

   v.

I.D. BOOTH, ITHACA CITY SCHOOL
DISTRICT, CITY OF ITHACA, NEW YORK,
and CITY OF ONEONTA, NEW YORK,

        Third-Party Defendants.

_____

APPEARANCES:                       OF COUNSEL:

FOR PLAINTIFF:

DICKSTEIN SHAPIRO MORIN      DAVID L. ELKIND, ESQ.
 & OSHINSKY, LLP                   ANDREW C. COOPER, ESQ.
1825 Eye Street NW                KEISHA A. GARY, ESQ.
Washington, D.C.  20006-5403   GEOFFREY M. LONG, ESQ.

HINMAN, HOWARD LAW FIRM     JAMES S. GLEASON, ESQ.
P.O. Box 5250
80 Exchange Street
700 Security Mutual Building
Binghamton, NY 13902-5250

FOR DEFENDANT NYSEG:

| | |
|---|---|
| SAUL EWING LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | JOHN F. STOVIAK, ESQ.<br>JANE KOZINSKI, ESQ.<br>CHRISTINE M. PICKEL, ESQ.<br>CHRISTINA M. RIGGS, ESQ. |
| COSTELLO, COONEY LAW FIRM<br>Salina Place<br>205 South Salina Street<br>4th Floor<br>Syracuse, NY 13202-1307 | PAUL G. FERRARA, ESQ. |

FOR THIRD-PARTY DEFENDANT
I.D. BOOTH, INC.

| | |
|---|---|
| DAVIDSON, O'MARA LAW FIRM<br>243 Lake Street<br>Elmira, NY 14901 | DONALD S. THOMSON, ESQ. |

FOR THIRD-PARTY DEFENDANT
ITHACA CITY SCHOOL DISTRICT:

| | |
|---|---|
| BOND, SCHOENECK LAW FIRM<br>One Lincoln Center<br>Syracuse, NY 13202-1355 | THOMAS R. SMITH, ESQ. |

FOR THIRD-PARTY DEFENDANTS
CITY OF ITHACA AND ONEONTA:

| | |
|---|---|
| MENTER, RUDIN LAW FIRM<br>308 Maltbie Street<br>Suite 200<br>Syracuse, NY 13204-1498 | JULIAN B. MODESTI, ESQ.<br>THOMAS J. FUCILLO, ESQ. |

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

ORDER

Currently pending before the court in connection with this action are several summary judgment motions brought by the parties addressing various discrete issues.  Oral argument was conducted with respect to the pending motions on August 25, 2010, and bench rulings were issued with regard to certain of the motions at the close of that hearing.

Based upon the foregoing and the court's bench decision, which is incorporated herein by reference, it is hereby

ORDERED as follows:

1)   The motion of New York State Electric & Gas Corporation ("NYSEG") for partial summary judgment on the issue of compliance with the National Contingency Plan (Dkt. No. 224) is DENIED.

2)   The motion of defendant FirstEnergy Corp. ("FirstEnergy") for partial summary judgment dismissing plaintiff's claims with regard to four of the manufactured gas plant ("MGP") sites in issue in this case based upon the governing statute of limitations (Dkt. No. 233) is DENIED.

3)   Plaintiff NYSEG's motion for partial summary judgment precluding FirstEnergy from re-litigating issues related to veil-piercing

3

and corporate successorship (Dkt. No. 225) is DENIED.

    4)    The motion of third-party defendant City of Ithaca for summary judgment dismissing FirstEnergy's claims against it based upon the third party defense and/or innocent landowner defense (Dkt. No. 236) is DENIED.

    5)    The motion of third-party defendant City of Oneonta for summary judgment dismissing FirstEnergy's claims against it based upon the third party defense and/or innocent landowner defense (Dkt. No. 237) is DENIED.

    6)    The motion of third-party defendant Ithaca City School District for summary judgment dismissing FirstEnergy's claims against it based upon the third party defense and/or innocent landowner defense (Dkt. No. 238) is deemed withdrawn, without prejudice to refiling, based upon a tentative settlement of claims between that third-party defendant and FirstEnergy.

    7)    Decision is reserved with regard to defendant FirstEnergy's motion for partial summary judgment dismissing portions of plaintiff's

claims under the Comprehensive Environmental Response, Compensation and Liability Act of 1980 ("CERCLA") (Dkt. No. 232).

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge

Dated:   August 26, 2010
         Syracuse, NY