UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE ELECTRIC & GAS CORPORATION,
                Plaintiff,

vs.

FIRSTENERGY CORP.,
                Defendant.

FIRSTENERGY CORP.,
                Third-Party Plaintiff,

Civil Action No. 3:03-CV-0438

vs.

I.D. BOOTH, INC.; ITHACA CITY SCHOOL DISTRICT; CITY OF ITHACA, NEW YORK; and CITY OF ONEONTA, NEW YORK,
                Third-Party Defendants.

## STIPULATION AND ORDER DISMISSING ACTION

Third-party plaintiff FirstEnergy Corp. ("FirstEnergy") and third-party defendant Ithaca City School District ("ICSD") hereby stipulate and agree, through their respective counsel, that the above-entitled third-party action asserted by FirstEnergy against ICSD is hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: October 4, 2010

SAUL EWING LLP

By: _____
John F. Stoviak, Esq.
Attorneys for Third-Party Plaintiff
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102-2186

BOND, SCHOENECK & KING, PLLC

By: _____
Thomas R. Smith, Esq.
Attorneys for Third-Party Defendant
Ithaca City School District
One Lincoln Center
Syracuse, New York 13202
Tel. No. (315)218-8000

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: October 5, 2010

1742648.1 10/4/2010