UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE ELECTRIC & GAS CORPORATION,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>FIRSTENERGY CORPORATION,<br>　　　　　　　Defendant. | Civil Action No.: 3:03-CV-0438 (DEP) |
| FIRST ENERGY CORPORATION,<br>　　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>I.D. BOOTH, INC.; ITHACA CITY SCHOOL DISTRICT; CITY OF ITHACA, NEW YORK; and CITY OF ONEONTA, NEW YORK,<br><br>　　　　　　　Third-Party Defendants. | |

## STIPULATION AND ORDER DISMISSING ACTION

Third-party plaintiff FirstEnergy Corp. ("FirstEnergy") and third-party defendant City of Oneonta ("Oneonta") hereby stipulate and agree, through their respective counsel, that the above-entitled third-party action asserted by FirstEnergy against Oneonta is hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: December 15, 2010

SAUL EWING LLP
By: _____
　　John F. Stoviak, Esq.
Attorneys for Third-Party Plaintiff
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102-2186
Tel. No. (215) 972-1095

MENTER, RUDIN & TRIVELPIECE, P.C
By: _____
　　Thomas J. Fucillo, Esq.
Attorneys for Third-Party Defendant
City of Oneonta
308 Maltbie Street, Suite 200
Syracuse, New York 13204
Tel. No. (315) 474-7541

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: December 21, 2010